UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61456-CIV-DIMITROULEAS

PETER D. CRESCENZO,

                                                                                                      Magistrate Judge Snow

    Plaintiff,

vs.

LAW OFFICES OF DOUGLAS R. BURGESS, LLC,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon the Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 23], filed on July 16, 2010, and the Report and Recommendation [DE 26] of Magistrate Judge Lurana S. Snow, filed on October 14, 2010.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  We agree with the Magistrate Judge that the Motion for Attorney's Fees should be granted, with costs awarded in the amount of $390.00 and attorney's fees awarded in the amount of $3,575.85, for a total of $3,965.85.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Magistrate Judge's Report and Recommendation [DE 26] is hereby **ADOPTED**;

2. Plaintiff's Verified Motion for an Award of Costs and Attorney's Fees [DE 23] is hereby **GRANTED**;

3. Plaintiff Peter D. Crescenzo shall recover from the Defendant Law Offices of Douglas R. Burgess, LLC the amount of $3,965.85 in attorney's fees and costs as set forth in the Report and Recommendation [DE 26].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of November, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Mr. Douglas R. Burgess, Esq.
Law Office of Douglas R. Burgess, LLC
480 Ridge Road, West
Rochester, NY 14615